# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

    **Capitol Station 65, LLC**

                    Debtor(s).

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

    I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

    I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:     May 26, 2017

/s/ Suneet Singal
Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Modesto Division**
<u>Mailing Address:</u>
501 I Street, Suite 3-200
Sacramento, CA 95814

<u>Physical Address:</u>
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100    (Rev. 7/15/14)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Alhambra Water
PO Box 660579
Dallas, TX 75266-0579


All Pro Backflow
5701 Lonetree Blvd, #208
Rocklin, CA 95763


American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001


Armour Steel Company, LLC
c/o CMD Services, Inc.
1800 Vernon Street, Unit 2
Roseville, CA 95678


AT&T
PO Box 5025
Carol Stream, IL 60197-5025


Augustine
532 Gibson Drive, Suite 250
Roseville, CA 95678


Balance Staffing
2800 N Cherryland Ave
Stockton, CA 95215


Battery Bill Inc.
625 Sunbeam Ave
Sacramento, CA 95811-0425


Best Pool Service
9773 Penny Hill Place
Elk Grove, CA 95624


Bright View Landscape Services Inc.
PO Box 57515
Los Angeles, CA 90074-7515


California Builders Service
334 Shaw Ave., Ste. 135
Clovis, CA 93612

```
California State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029


Capitol Station Holdings, LLC
c/o First Capital
2355 Gold Meadow Way
Ste. 160
Gold River, CA 95670


Capitol Station Member, LLC
c/o First Capital
2355 Gold Meadow Way
Ste. 160
Gold River, CA 95670


Capitol Utility Specialists Inc.
1989 Sheffield Dr.
El Dorado Hills, CA 95762


City of Sacramento
915 I Street
Sacramento, CA 95814


City of Sacramento Comm. Dev. Dept.
300 Richards Blvd., 3rd Flr.
Sacramento, CA 95811-0218


City of Sacramento Dept. of Utilities
PO Box 2770
Sacramento, CA 95812-2770


City of Sacramento Revenue Division
915 I Street, Rm. 1214
Sacramento, CA 95814


Comstock's Publishing, Inc.
2335 American River Dr., Ste. 301
Sacramento, CA 95825


COPIA Lending, LLC
c/o TDA Investment Group
2025 Pioneer Court
Attn: Mr. Robert Perkins
San Mateo, CA 94403
```

```
COPIA Lending, LLC
c/o Grandbridge Real Estate Capital LLC
200 South College St., Ste 2100
Attn: Mr. Kevin Muempfer
Charlotte, NC 28202


COPIA Lending, LLC
c/o Cox Castle & Nicholson LLP
50 California St., Ste 3200
Attn: Bruce E Prigoff, Esq
San Francisco, CA 94111


DCM Group
333 University Ave. Suit
Sacramento, CA 95825


Deluxe Business Checks
Deluxe Corporate Headquarters
3680 Victoria Street North
Saint Paul, MN 55126


Digital Sky Aerial Imaging
5050 Laguna Blvd., Ste. 112-288
Elk Grove, CA 95758


DMV
PO Box 942897
Sacramento, CA 94297-0897


First Capital Real Estate Operating Ptnr
60 Broad Street
Ste. 2501
New York, NY 10004


First Capital Real Estate Trust, Inc.
60 Broad St
Ste. 2501
New York, NY 10004


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952
```

```
Filed 05/30/17                    Case 17-23627                    Doc 3
```

Fredy Fix It
5442 Dry Creek Road
Sacramento, CA 95838

Fricke's Electrical Contracting
475 Oak View Road
Newcastle, CA 95658

Geocon Consultants Inc.
6960 Flanders Dr.
San Diego, CA 92121-2974

Greenfield Communications
34112 Street of the Violet Lantern, #C
Dana Point, CA 92629

Inman-Thomas LLP
400 Capitol Mall, #2640
Sacramento, CA 95814

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

ISIS Lending LLC
c/o Dwyer-Curlett and Company
1880 Century Park East, Ste. 400
Attn: Shelley Hasskamp
Los Angeles, CA 90067

Jacobs Engineering Group Inc.
c/o Bank of America
800 Market St., Box 18713F
Saint Louis, MO 63150-8713

Law Offices of Richard H. Hyde
102 Breckenwood Way
Sacramento, CA 95864

LPAS Architecture + Design
2480 Natomas Park Dr., #100
Sacramento, CA 95833

Lund Construction Co.
5302 Roseville Rd.
North Highlands, CA 95660


Nehemiah Community Reinvestment Fund
640 Bercut Dr., Ste. A
Sacramento, CA 95811


Nehemiah Corporation of America
640 Bercut Dr., Ste. A
Sacramento, CA 95811


NV5 Inc.
PO Box 93243
Las Vegas, NV 89193-3243


Pacific Stormwater BMP Solution LLC
753 Sheridan Drive
Santa Rosa, CA 95405


PG&E
PO Box 997300
Sacramento, CA 95899-7300


Placer Title Company
2901 K Street, Ste. 390
Sacramento, CA 95816


Project Mgmt. Applications Inc.
1450 Harbor Blvd. Suite
West Sacramento, CA 95691


REY Engineers, Inc.
905 Sutter St., Ste. 200
Folsom, CA 95630


Sacramento County Tax Collector
700 H Street
Rm.1710
Sacramento, CA 95814


Sacramento Flag Works
3001 D Street
Sacramento, CA 95816

Sacramento Valley Alarm Inc.
5933 Folsom Blvd
Sacramento, CA 95819

Scott & Sons Weed Control
PO Box 276205
Sacramento, CA 95827

Shears Adkins Rockmore
1550 Wynkoop St., Ste. 100
Denver, CO 80202

Signature Reprographics
620 Sunbeam Ave
Sacramento, CA 95811

SMUD
PO Box 15555
Sacramento, CA 95852

State Water Resources Control Board
PO Box 1888
Sacramento, CA 95812-1888

Studebaker Brown Electric, Inc.
6643 32nd Street
Suite 106
North Highlands, CA 95660

TDA Investment Group
1214 Donnelly Avenue
Attn: Gary Spanner & Rob Perkins
Burlingame, CA 94010

Teichert Construction
PO Box 1890
Davis, CA 95617

The Growing Company, Inc.
4 Wayne Court, Bldng. 3
Sacramento, CA 95829

United Site Services Inc.
PO Box 53267
Phoenix, AZ 85072-3267

```
Vcorp Services CA, Inc.
Registered Agent for COPIA Lending, LLC
5670 Wilshire Blvd., Ste 1530
Los Angeles, CA 90036


Waste Managment
Sac Val Disposal
PO Box 541065
Los Angeles, CA 90054-1065
```

Alhambra Water
PO Box 660579
Dallas, TX 75266-0579

All Pro Backflow
5701 Lonetree Blvd, #208
Rocklin, CA 95763

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001

Armour Steel Company, LLC
c/o CMD Services, Inc.
1800 Vernon Street, Unit 2
Roseville, CA 95678

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

Augustine
532 Gibson Drive, Suite 250
Roseville, CA 95678

Balance Staffing
2800 N Cherryland Ave
Stockton, CA 95215

Battery Bill Inc.
625 Sunbeam Ave
Sacramento, CA 95811-0425

Best Pool Service
9773 Penny Hill Place
Elk Grove, CA 95624

Bright View Landscape Services Inc.
PO Box 57515
Los Angeles, CA 90074-7515

California Builders Service
334 Shaw Ave., Ste. 135
Clovis, CA 93612

California State Board of Equalization
Account Information Group MIC 29
PO Box 942879
Sacramento, CA 94279-0029

Capitol Station Holdings, LLC
c/o First Capital
2355 Gold Meadow Way Ste. 160
Gold River, CA 95670

```
Capitol Station Member, LLC
c/o First Capital
2355 Gold Meadow Way Ste. 160
Gold River, CA 95670

Capitol Utility Specialists Inc.
1989 Sheffield Dr.
El Dorado Hills, CA 95762

City of Sacramento
915 I Street
Sacramento, CA 95814

City of Sacramento Comm. Dev. Dept.
300 Richards Blvd., 3rd Flr.
Sacramento, CA 95811-0218

City of Sacramento Dept. of Utilities
PO Box 2770
Sacramento, CA 95812-2770

City of Sacramento Revenue Division
915 I Street, Rm. 1214
Sacramento, CA 95814

Comstock's Publishing, Inc.
2335 American River Dr., Ste. 301
Sacramento, CA 95825

COPIA Lending, LLC
c/o TDA Investment Group
2025 Pioneer Court
Attn: Mr. Robert Perkins
San Mateo, CA 94403

COPIA Lending, LLC
c/o Grandbridge Real Estate Capital LLC
200 South College St., Ste 2100
Attn: Mr. Kevin Muempfer
Charlotte, NC 28202

COPIA Lending, LLC
c/o Cox Castle & Nicholson LLP
50 California St., Ste 3200
Attn: Bruce E Prigoff, Esq
San Francisco, CA 94111

DCM Group
333 University Ave. Suit
Sacramento, CA 95825

Deluxe Business Checks
Deluxe Corporate Headquarters
3680 Victoria Street North
Saint Paul, MN 55126
```

Digital Sky Aerial Imaging
5050 Laguna Blvd., Ste. 112-288
Elk Grove, CA 95758

DMV
PO Box 942897
Sacramento, CA 94297-0897

First Capital Real Estate Operating Ptnr
60 Broad Street
Ste. 2501
New York, NY 10004

First Capital Real Estate Trust, Inc.
60 Broad St
Ste. 2501
New York, NY 10004

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Fredy Fix It
5442 Dry Creek Road
Sacramento, CA 95838

Fricke's Electrical Contracting
475 Oak View Road
Newcastle, CA 95658

Geocon Consultants Inc.
6960 Flanders Dr.
San Diego, CA 92121-2974

Greenfield Communications
34112 Street of the Violet Lantern, #C
Dana Point, CA 92629

Inman-Thomas LLP
400 Capitol Mall, #2640
Sacramento, CA 95814

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

ISIS Lending LLC
c/o Dwyer-Curlett and Company
1880 Century Park East, Ste. 400
Attn: Shelley Hasskamp
Los Angeles, CA 90067

```
Jacobs Engineering Group Inc.
c/o Bank of America
800 Market St., Box 18713F
Saint Louis, MO 63150-8713

Law Offices of Richard H. Hyde
102 Breckenwood Way
Sacramento, CA 95864

LPAS Architecture + Design
2480 Natomas Park Dr., #100
Sacramento, CA 95833

Lund Construction Co.
5302 Roseville Rd.
North Highlands, CA 95660

Nehemiah Community Reinvestment Fund
640 Bercut Dr., Ste. A
Sacramento, CA 95811

Nehemiah Corporation of America
640 Bercut Dr., Ste. A
Sacramento, CA 95811

NV5 Inc.
PO Box 93243
Las Vegas, NV 89193-3243

Pacific Stormwater BMP Solution LLC
753 Sheridan Drive
Santa Rosa, CA 95405

PG&E
PO Box 997300
Sacramento, CA 95899-7300

Placer Title Company
2901 K Street, Ste. 390
Sacramento, CA 95816

Project Mgmt. Applications Inc.
1450 Harbor Blvd. Suite
West Sacramento, CA 95691

REY Engineers, Inc.
905 Sutter St., Ste. 200
Folsom, CA 95630

Sacramento County Tax Collector
700 H Street
Rm.1710
Sacramento, CA 95814
```

```
Sacramento Flag Works
3001 D Street
Sacramento, CA 95816

Sacramento Valley Alarm Inc.
5933 Folsom Blvd
Sacramento, CA 95819

Scott & Sons Weed Control
PO Box 276205
Sacramento, CA 95827

Shears Adkins Rockmore
1550 Wynkoop St., Ste. 100
Denver, CO 80202

Signature Reprographics
620 Sunbeam Ave
Sacramento, CA 95811

SMUD
PO Box 15555
Sacramento, CA 95852

State Water Resources Control Board
PO Box 1888
Sacramento, CA 95812-1888

Studebaker Brown Electric, Inc.
6643 32nd Street
Suite 106
North Highlands, CA 95660

TDA Investment Group
1214 Donnelly Avenue
Attn: Gary Spanner & Rob Perkins
Burlingame, CA 94010

Teichert Construction
PO Box 1890
Davis, CA 95617

The Growing Company, Inc.
4 Wayne Court, Bldng. 3
Sacramento, CA 95829

United Site Services Inc.
PO Box 53267
Phoenix, AZ 85072-3267

Vcorp Services CA, Inc.
Registered Agent for COPIA Lending, LLC
5670 Wilshire Blvd., Ste 1530
Los Angeles, CA 90036
```

```
Waste Managment Sac Val Disposal
PO Box 541065
Los Angeles, CA 90054-1065
```