**Fill in this information to identify the case:**

Debtor name    **Capitol Station 65, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **17-23627-B-11**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................   $    **64,950,000.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...............................................................................   $    **24,639,639.23**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................   $    **89,589,639.23**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **42,639,193.47**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $    **30.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$    **1,941,843.85**

4.   Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b      $    **44,581,067.32**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Capitol Station 65, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **17-23627-B-11**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking Account** | **4617** | **$14,913.36** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$14,913.36** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **City of Sacramento Department of Utilities** **1395 35th Ave.** | |
| --- | --- | --- |
| 7.1. | **Sacramento, CA 95822** | **$4,358.87** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** | **$4,358.87** |

Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Capitol Station 65, LLC**
         Name

Case number *(If known)*  **17-23627-B-11**

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

- ■ No.  Go to Part 4.
- ☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Landscape maintenance equipment; hand tools; gas powered equipment** | **Unknown** | **N/A** | **$20,000.00** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Capitol Station 65, LLC**                      Case number *(If known)*  **17-23627-B-11**
          Name

| 51. | **Total of Part 8.** | | **$20,000.00** |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **62.6 acres consisting of 23 parcels of land situated in the State of California, County of Sacramento, City of Sacramento, described as Lots A, B, 1, 2, 3, 5, 6 and 7, Designated Remainder 1 and Designated Remainder 2, as shown on the "Final Map of Township 9 -Phase 1, Subdivision No. P10-036", filed November 13, 2012, in Book 378 of Maps, Map No. 1, records of Sacramento County. APNs: 001-0020-056, 057, 058, 060, 061, 062, 063, 064, Q66 and 06.** | **Fee simple** | **$0.00** | **Appraisal** | **$64,950,000.00** |

| 56. | **Total of Part 9.** | | **$64,950,000.00** |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Capitol Station 65, LLC**                    Case number *(If known)* **17-23627-B-11**
          Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) |  |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. **Interests in insurance policies or annuities** |  |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. **Trusts, equitable or future interests in property** |  |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Park Development Fee Credits (est. FMV $7,708,500, subject to contingency)** | $7,708,500.00 |
| **Water Development Fee Credit (as of FY 2015)** | $729,661.00 |
| **Combined Sewer System Fee Credits** | $3,983,780.00 |
| **Regional Sewer Fee Credit** | $5,709,187.00 |
| **Sacramento Area Flood Control Agency Fee Credit** | $1,818,070.00 |
| **Richards Boulevard Area Plan Credit** | $969,994.00 |

Debtor      **Capitol Station 65, LLC**                              Case number *(If known)*  **17-23627-B-11**
            Name

**HCD 11G-2 Grant**                                                                          $55,077.00

**TOD 1 Grant**                                                                          $1,366,281.00

**TOD 2 Grant**                                                                          $2,259,817.00

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$24,600,367.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☑ Yes

Debtor    **Capitol Station 65, LLC**
          Name

Case number *(If known)*  **17-23627-B-11**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,913.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,358.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $64,950,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $24,600,367.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,639,639.23 | + 91b. $64,950,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $89,589,639.23 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Capitol Station 65, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **17-23627-B-11**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **COPIA Lending, LLC** | | **$42,036,934.00** | **$64,950,000.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**62.6 acres consisting of 23 parcels of land situated in the State of California, County of Sacramento, City of Sacramento, described as Lots A, B, 1, 2, 3, 5, 6 and 7, Designated Remainder 1 and Designated Remainder 2, as shown on the "Fina**

**c/o TDA Investment Group**
**2025 Pioneer Court**
**Attn: Mr. Robert Perkins**
**San Mateo, CA 94403**

Creditor's mailing address

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2008**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. COPIA Lending, LLC**
**2. The Growing Company, Inc.**
**3. Studebaker Brown Electric, Inc.**
**4. Teichert Construction**
**5. Sacramento County Tax Collector**

| 2.2 | **Sacramento County Tax Collector** | | $14,524.86 | $64,950,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**62.6 acres consisting of 23 parcels of land situated in the State of California, County of Sacramento, City of Sacramento, described as Lots A, B, 1, 2, 3, 5, 6 and 7, Designated Remainder 1 and Designated Remainder 2, as shown on the "Fina**

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**

| Debtor | Capitol Station 65, LLC | | Case number (if know) | 17-23627-B-11 |
|---|---|---|---|---|

**Name**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Tax Lien** |
| | **Is the creditor an insider or related party?** |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| **2015-2016** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **Sacramento County Tax Collector** | **Describe debtor's property that is subject to a lien** | $24,124.86 | $64,950,000.00 |
|---|---|---|---|---|

Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**

**Parcel No 001-0020-067**
**819 N 7th St.**
**Sacramento, CA 95811**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Tax Lien** |
| | **Is the creditor an insider or related party?** |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| **2016-2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Sacramento County Tax Collector** | **Describe debtor's property that is subject to a lien** | $58,837.84 | $64,950,000.00 |
|---|---|---|---|---|

Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**

**PARCEL NO. 001-0020-066**
**424 N 5th St**
**Sacramento CA 95811**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Tax Lien** |
| | **Is the creditor an insider or related party?** |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| **2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|

---

| Debtor | **Capitol Station 65, LLC** | Case number (if know) | **17-23627-B-11** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Sacramento County Tax Collector** | Describe debtor's property that is subject to a lien | $102,270.35 | $64,950,000.00 |
|---|---|---|---|---|

Creditor's Name

**700 H Street
Rm.1710
Sacramento, CA 95814**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**PARCEL NO. 001-0020-066
424 N 5th St
Sacramento CA 95811**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2016-2017
Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative
  priority.

---

| 2.6 | **Sacramento County Tax Collector** | Describe debtor's property that is subject to a lien | $11,119.81 | $64,950,000.00 |
|---|---|---|---|---|

Creditor's Name

**700 H Street
Rm.1710
Sacramento, CA 95814**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**PARCEL NO. 001-0020-063
503 Riverine Way
Sacramento CA 95811**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2015
Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative
  priority.

---

| 2.7 | **Sacramento County Tax Collector** | Describe debtor's property that is subject to a lien | $18,742.77 | $64,950,000.00 |
|---|---|---|---|---|

Creditor's Name

**700 H Street
Rm.1710
Sacramento, CA 95814**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**PARCEL NO. 001-0020-063
503 Riverine Way
Sacramento CA 95811**

**Describe the lien**
**Tax Lien**

---

Debtor  **Capitol Station 65, LLC**                          Case number (if know)   **17-23627-B-11**
_____                                          _____
Name

|  | Is the creditor an insider or related party? |
|---|---|
| _____ Creditor's email address, if known | ■ No ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** **2016-2017** **Last 4 digits of account number** | ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed |

---

| 2.8 | **Sacramento County Tax Collector** | Describe debtor's property that is subject to a lien | $8,747.33 | $64,950,000.00 |
|---|---|---|---|---|

Creditor's Name
**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

PARCEL NO. 001-0020-064
**611 Riverine Way**
**Sacramento CA 95811**

**Describe the lien**
**Tax Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Sacramento County Tax Collector** | Describe debtor's property that is subject to a lien | $14,132.55 | $64,950,000.00 |
|---|---|---|---|---|

Creditor's Name
**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

PARCEL NO. 001-0020-064
**611 Riverine Way**
**Sacramento CA 95811**

**Describe the lien**
**Tax Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Capitol Station 65, LLC** | Case number (if know) | **17-23627-B-11** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Sacramento County Tax Collector** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**     $6,550.19     $64,950,000.00

**700 H Street
Rm.1710
Sacramento, CA 95814**
Creditor's mailing address

**PARCEL NO. 001-0020-062
629 Richards Blvd.
Sacramento CA 95811**

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2015
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 1 | **Sacramento County Tax Collector** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**     $11,372.31     $64,950,000.00

**700 H Street
Rm.1710
Sacramento, CA 95814**
Creditor's mailing address

**PARCEL NO. 001-0020-062
629 Richards Blvd.
Sacramento CA 95811**

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2016-2017
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 2 | **Sacramento County Tax Collector** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**     $2,102.86     $64,950,000.00

**700 H Street
Rm.1710
Sacramento, CA 95814**
Creditor's mailing address

**PARCEL NO. 001-0020-061
641 Township Nine Ave
Sacramento CA 95811**

**Describe the lien**
**Tax Lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor   **Capitol Station 65, LLC**      Case number (if know)   **17-23627-B-11**

Name

---

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Sacramento County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien     **$3,613.78**     **$64,950,000.00**
**PARCEL NO. 001-0020-061**
**641 Township Nine Ave**
**Sacramento CA 95811**

Describe the lien
**Tax Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Sacramento County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien     **$2,261.05**     **$64,950,000.00**
**PARCEL NO. 001-0020-060**
**601 Township Nine Ave**
**Sacramento CA 95811**

Describe the lien
**Tax Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Debtor **Capitol Station 65, LLC**
Name

Case number (if know) **17-23627-B-11**

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

**2.15** **Sacramento County Tax Collector**
Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**PARCEL NO. 001-0020-060**
**601 Township Nine Ave**
**Sacramento CA 95811**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,893.63 | $64,950,000.00

---

**2.16** **Sacramento County Tax Collector**
Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**PARCEL NO. 001-0020-058**
**640 Vine St**
**Sacramento CA 95811**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,088.07 | $64,950,000.00

---

**2.17** **Sacramento County Tax Collector**
Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**PARCEL NO. 001-0020-058**
**640 Vine St**
**Sacramento CA 95811**

**Describe the lien**
**Tax Lien**

$5,336.79 | $64,950,000.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 11

| Debtor | **Capitol Station 65, LLC** | Case number (if know) | **17-23627-B-11** |
|--------|------------------------------|------------------------|-------------------|
|        | Name                         |                        |                   |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 8 | **Sacramento County Tax Collector** | **Describe debtor's property that is subject to a lien** | $3,012.31 | $64,950,000.00 |
|-------|--------------------------------------|----------------------------------------------------------|-----------|----------------|

Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

**PARCEL NO. 001-0020-057**
**649 Vine St**
**Sacramento CA 95811**

**Describe the lien**
**Tax Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 9 | **Sacramento County Tax Collector** | **Describe debtor's property that is subject to a lien** | $5,204.17 | $64,950,000.00 |
|-------|--------------------------------------|----------------------------------------------------------|-----------|----------------|

Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

**PARCEL NO. 001-0020-057**
**649 Vine St**
**Sacramento CA 95811**

**Describe the lien**
**Tax Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Capitol Station 65, LLC**
Name

Case number (if know) **17-23627-B-11**

| | |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 0** **Sacramento County Tax Collector**
Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
  PARCEL NO. 001-0020-056
**601 Vine St**
**Sacramento CA 95811**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,069.61**      **$64,950,000.00**

---

**2.2 1** **Sacramento County Tax Collector**
Creditor's Name

**700 H Street**
**Rm.1710**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
  PARCEL NO. 001-0020-056
**601 Vine St**
**Sacramento CA 95811**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,539.54**      **$64,950,000.00**

---

**2.2 2** **Studebaker Brown Electric, Inc.**

**Describe debtor's property that is subject to a lien**

**$33,343.41**      **$64,950,000.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Capitol Station 65, LLC**     Case number (if know)   **17-23627-B-11**
Name

Creditor's Name

62.6 acres consisting of 23 parcels of land situated in the State of California, County of Sacramento, City of Sacramento, described as Lots A, B, 1, 2, 3, 5, 6 and 7, Designated Remainder 1 and Designated Remainder 2, as shown on the "Fina

**6643 32nd Street**
**Suite 106**
**North Highlands, CA 95660**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
☐ No
■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**04/2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.2 3 | **Teichert Construction** | Describe debtor's property that is subject to a lien | $228,462.38 | $64,950,000.00 |

Creditor's Name

62.6 acres consisting of 23 parcels of land situated in the State of California, County of Sacramento, City of Sacramento, described as Lots A, B, 1, 2, 3, 5, 6 and 7, Designated Remainder 1 and Designated Remainder 2, as shown on the "Fina

**PO Box 1890**
**Davis, CA 95617**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.2 4 | **The Growing Company, Inc.** | Describe debtor's property that is subject to a lien | $24,909.00 | $64,950,000.00 |

Creditor's Name

62.6 acres consisting of 23 parcels of land situated in the State of California, County of Sacramento, City of Sacramento, described as Lots A, B, 1, 2, 3, 5, 6 and 7, Designated Remainder 1 and Designated Remainder 2, as shown on the "Fina

**4 Wayne Court, Bldg. 3**
**Sacramento, CA 95829**

Creditor's mailing address

Describe the lien

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Capitol Station 65, LLC** | Case number (if know) | **17-23627-B-11** |
|---|---|---|---|
| | Name | | |

**Mechanic's Lien**

**Is the creditor an insider or related party?**

☐ No

☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

**11/2016**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$42,639,193. 47**

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **COPIA Lending, LLC**<br>**c/o Grandbridge Real Estate Capital LLC**<br>**200 South College St., Ste 2100**<br>**Attn: Mr. Kevin Muempfer**<br>**Charlotte, NC 28202** | Line  **2.1** | |
| **COPIA Lending, LLC**<br>**c/o Cox Castle & Nicholson LLP**<br>**50 California St., Ste 3200**<br>**Attn: Bruce E Prigoff, Esq**<br>**San Francisco, CA 94111** | Line  **2.1** | |
| **Vcorp Services CA, Inc.**<br>**Registered Agent for COPIA Lending, LLC**<br>**5670 Wilshire Blvd., Ste 1530**<br>**Los Angeles, CA 90036** | Line  **2.1** | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Capitol Station 65, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **17-23627-B-11**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> **City of Sacramento Revenue Division** <br> **915 I Street, Rm. 1214** <br> **Sacramento, CA 95814** <br><br> Date or dates debt was incurred <br><br> Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: <br><br> Is the claim subject to offset? <br> ■ No <br> ☐ Yes | $30.00 | $0.00 |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address <br> **Alhambra Water** <br> **PO Box 660579** <br> **Dallas, TX 75266-0579** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: _ <br> Is the claim subject to offset? ■ No ☐ Yes | $334.90 |
| **3.2** Nonpriority creditor's name and mailing address <br> **American Express** <br> **PO Box 360001** <br> **Fort Lauderdale, FL 33336-0001** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: _ <br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Capitol Station 65, LLC** | Case number (if known) | **17-23627-B-11** |
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,266.00** |
| | **Armour Steel Company, LLC** | ☐ Contingent | |
| | **c/o CMD Services, Inc.** | ☐ Unliquidated | |
| | **1800 Vernon Street, Unit 2** | ☐ Disputed | |
| | **Roseville, CA 95678** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$476.80** |
| | **AT&T** | ☐ Contingent | |
| | **PO Box 5025** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-5025** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297.00** |
| | **Augustine** | ☐ Contingent | |
| | **532 Gibson Drive, Suite 250** | ☐ Unliquidated | |
| | **Roseville, CA 95678** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,453.65** |
| | **Balance Staffing** | ☐ Contingent | |
| | **2800 N Cherryland Ave** | ☐ Unliquidated | |
| | **Stockton, CA 95215** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$909.37** |
| | **Battery Bill Inc.** | ☐ Contingent | |
| | **625 Sunbeam Ave** | ☐ Unliquidated | |
| | **Sacramento, CA 95811-0425** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,100.00** |
| | **Best Pool Service** | ☐ Contingent | |
| | **9773 Penny Hill Place** | ☐ Unliquidated | |
| | **Elk Grove, CA 95624** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,280.00** |
| | **Bright View Landscape Services Inc.** | ☐ Contingent | |
| | **PO Box 57515** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074-7515** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Capitol Station 65, LLC** | Case number (if known) | **17-23627-B-11** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**California Builders Service**
334 Shaw Ave., Ste. 135
Clovis, CA 93612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,782.26**

**Capitol Utility Specialists Inc.**
1989 Sheffield Dr.
El Dorado Hills, CA 95762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**City of Sacramento**
915 I Street
Sacramento, CA 95814

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __HCD Infrastructure Grant Round1__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**City of Sacramento**
915 I Street
Sacramento, CA 95814

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __HCD Catalyst Grant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**City of Sacramento Comm. Dev. Dept.**
300 Richards Blvd., 3rd Flr.
Sacramento, CA 95811-0218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,193.42**

**City of Sacramento Dept. of Utilities**
PO Box 2770
Sacramento, CA 95812-2770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**Comstock's Publishing, Inc.**
2335 American River Dr., Ste. 301
Sacramento, CA 95825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Capitol Station 65, LLC** | Case number (if known) | **17-23627-B-11** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,758.05** |
|---|---|---|---|
| | DCM Group<br>333 University Ave. Suit<br>Sacramento, CA 95825 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$235.82** |
|---|---|---|---|
| | Deluxe Business Checks<br>Deluxe Corporate Headquarters<br>3680 Victoria Street North<br>Saint Paul, MN 55126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|
| | Digital Sky Aerial Imaging<br>5050 Laguna Blvd., Ste. 112-288<br>Elk Grove, CA 95758 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | DMV<br>PO Box 942897<br>Sacramento, CA 94297-0897 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$990.00** |
|---|---|---|---|
| | Fredy Fix It<br>5442 Dry Creek Road<br>Sacramento, CA 95838 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,260.00** |
|---|---|---|---|
| | Fricke's Electrical Contracting<br>475 Oak View Road<br>Newcastle, CA 95658 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,977.50** |
|---|---|---|---|
| | Geocon Consultants Inc.<br>6960 Flanders Dr.<br>San Diego, CA 92121-2974 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Capitol Station 65, LLC** | Case number (if known) | **17-23627-B-11** |
|---|---|---|---|
| | Name | | |

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,000.00**

**Greenfield Communications**
**34112 Street of the Violet Lantern, #C**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,267.50**

**Inman-Thomas LLP**
**400 Capitol Mall, #2640**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,036.75**

**Jacobs Engineering Group Inc.**
**c/o Bank of America**
**800 Market St., Box 18713F**
**Saint Louis, MO 63150-8713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,400.00**

**Law Offices of Richard H. Hyde**
**102 Breckenwood Way**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,316.84**

**LPAS Architecture + Design**
**2480 Natomas Park Dr., #100**
**Sacramento, CA 95833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,796.64**

**Lund Construction Co.**
**5302 Roseville Rd.**
**North Highlands, CA 95660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,117,000.00**

**Nehemiah Community Reinvestment Fund**
**640 Bercut Dr., Ste. A**
**Sacramento, CA 95811**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Capitol Station 65, LLC** | Case number (if known) | **17-23627-B-11** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,987.98** |
|---|---|---|---|

**NV5 Inc.**
**PO Box 93243**
**Las Vegas, NV 89193-3243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,474.24** |
|---|---|---|---|

**PG&E**
**PO Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
|---|---|---|---|

**Placer Title Company**
**2901 K Street, Ste. 390**
**Sacramento, CA 95816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,283.08** |
|---|---|---|---|

**Project Mgmt. Applications Inc.**
**1450 Harbor Blvd. Suite**
**West Sacramento, CA 95691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**REY Engineers, Inc.**
**905 Sutter St., Ste. 200**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sacramento Flag Works**
**3001 D Street**
**Sacramento, CA 95816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$738.00** |
|---|---|---|---|

**Sacramento Valley Alarm Inc.**
**5933 Folsom Blvd**
**Sacramento, CA 95819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Capitol Station 65, LLC** | Case number (if known) | **17-23627-B-11** |
|---|---|---|---|
| | Name | | |

**3.38**

Scott & Sons Weed Control
PO Box 276205
Sacramento, CA 95827

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,325.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**

Shears Adkins Rockmore
1550 Wynkoop St., Ste. 100
Denver, CO 80202

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40**

Signature Reprographics
620 Sunbeam Ave
Sacramento, CA 95811

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$706.14**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41**

SMUD
PO Box 15555
Sacramento, CA 95852

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,092.75**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42**

State Water Resources Control Board
PO Box 1888
Sacramento, CA 95812-1888

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,338.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43**

United Site Services Inc.
PO Box 53267
Phoenix, AZ 85072-3267

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$902.16**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44**

Waste Managment
Sac Val Disposal
PO Box 541065
Los Angeles, CA 90054-1065

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,646.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Capitol Station 65, LLC** | Case number (if known) | **17-23627-B-11** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

<div style="background:black;color:white;display:inline-block;">Part 4:</div> **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **30.00** |
| **5b. Total claims from Part 2** | 5b.  + | $  **1,941,843.85** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  **1,941,873.85** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Capitol Station 65, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **17-23627-B-11**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Development Agreement for Township 9 by and between the City of Sacramento and Borrower, dated as of August 28, 2007, recorded in the Official Records as Book 20071128, Page 0973, as amended** | |
| State the term remaining | |
| List the contract number of any government contract | **City of Sacramento**<br>**915 I Street**<br>**Sacramento, CA 95814** |

Debtor 1    **Capitol Station 65, LLC**

First Name      Middle Name      Last Name

Case number *(if known)*    **17-23627-B-11**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2.    State what the contract or lease is for and the nature of the debtor's interest

**HCD Infill Infrastructure Grant, Round 2; i.Standard Agreement by and between the State of California Housing and Community Development Department and the City of Sacramento dated March 30, 2011; ii.Standard Agreement Amendment No. 1 by and between the State of California Housing and Community Development Department and the City of Sacramento dated July 16, 2013; iii.Infill Infrastructure Grant Program Disbursement Agreement by and between the State of California Housing and Community Development Department and the City of Sacramento dated March 30, 2011; iv.First Amendment to Assignment and Assumption Agreement by and between the City of Sacramento and Capitol Station 65 LLC, dated September 13, 2011.; v.First Amendment to Declaration of Restrictive Covenant for the Development of Market Rate Housing and Affordable Housing, by Capitol Station 65 LLC, recorded October 3, 2011**

State the term remaining

List the contract number of any government contract    **2010-0210**

**City of Sacramento
915 I Street
Sacramento, CA 95814**

Debtor 1   **Capitol Station 65, LLC**
_____  _____  _____
First Name        Middle Name       Last Name

Case number (*if known*)   **17-23627-B-11**
_____



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **HCD Transit Oriented Development Grants: i.Assignment and Assumption Agreement by and between the City of Sacramento and Capitol Station 65 LLC, dated June 4, 2015.; ii.Phase 2B - Standard Agreement by and between the State of California Housing and Community Development Department and the City of Sacramento, dated September 16, 2015.; iii.Phase 2A - Standard Agreement by and between the State of California Housing and Community Development Department and the City of Sacramento, dated September 16, 2015.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **2015-0785** | **City of Sacramento**<br>**915 I Street**<br>**Sacramento, CA 95814** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Design and Construction of Park Improvements For Township 9 Park and Park Development Impact Fee Waivers, dated May 1, 2014.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **2014-0382** | **City of Sacramento**<br>**915 I Street**<br>**Sacramento, CA 95814** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Environmental Indemnity Agreement dated September 1, 2016, counter-parties Copia Lending, LLC, First Capital Real Estate Trust, Inc. and First Capital Real Estate Operating Partnership, L.P.** | **Copia Lending, LLC**<br>**c/o TDA Investment Group**<br>**2025 Pioneer Court**<br>**Attn: Mr. Robert Perkins**<br>**San Mateo, CA 94403** |
| | State the term remaining | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1　**Capitol Station 65, LLC**
First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**17-23627-B-11**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract　　　_____

**Fill in this information to identify the case:**

Debtor name    **Capitol Station 65, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **17-23627-B-11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Capitol Station Holdings, LLC** | c/o First Capital 2355 Gold Meadow Way Ste. 160 Gold River, CA 95670 | COPIA Lending, LLC | ☑ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 **Capitol Station Member, LLC** | c/o First Capital 2355 Gold Meadow Way Ste. 160 Gold River, CA 95670 | COPIA Lending, LLC | ☑ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 **Nehemiah Community Reinvestment Fund** | 640 Bercut Dr., Ste. A Sacramento, CA 95811 | COPIA Lending, LLC | ☑ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4 **Nehemiah Corporation of America** | 640 Bercut Dr., Ste. A Sacramento, CA 95811 | COPIA Lending, LLC | ☑ D    **2.1** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Capitol Station 65, LLC** | Case number *(if known)* | **17-23627-B-11** |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.5 | **First Capital Real Estate Operating Prtn** | **60 Broad Street, Suite 2501 New York, NY 10004** | **Copia Lending, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.5__ |
| 2.6 | **First Capital Real Estate Trust, Inc.** | **60 Broad Street, Suite 2501 New York, NY 10004** | **Copia Lending, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.5__ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Capitol Station 65, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **17-23627-B-11** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **June  5, 2017** | *X* **/s/ Suneet Singal** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Suneet Singal** |
| | | Printed name |
| | | **CEO** |
| | | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name    **Capitol Station 65, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **17-23627-B-11**

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1.   **City of Sacramento** | 02/27/2017 | $2,872.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
   | 3.2.   **Bright View Landscape Services Inc.** | 03/9/2017 | $8,552.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Capitol Station 65, LLC**        Case number *(if known)*   **17-23627-B-11**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.3. | **Tom Goodwin** | **03/17/2017** | **$2,634.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Landscaping** |
| 3.4. | **City of Sacramento Utilities** | **04/24/2017** | **$23,350.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Tom Goodwin** | **04/25/2017** | **$1,854.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Landscaping** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Stephen Goodwin** | **03/1/2017** | **$25,000.00** | **Consulting fees** |
| 4.2. | **Stephen Goodwin Chase Credit Card** | **03/27/2017** | **$2,500.00** | **Expense reimbursement** |
| 4.3. | **Stephen Goodwin Chase Credit Card** | **04/17/2017** | **$500.00** | **Expense reimbursement** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

Debtor   **Capitol Station 65, LLC**         Case number *(if known)*  **17-23627-B-11**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **Capitol Station 65, LLC**      Case number *(if known)* **17-23627-B-11**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **NUTI HART LLP**<br>**411 30th Street, Suite 408**<br>**Oakland, CA 94609-3311** | | **05/30/2017** | **$425,000.00** |

**Email or website address**
**gnuti@nutihart.com**

**Who made the payment, if not debtor?**
**First Capital Real Estate Operating Partnership, LP **NUTI HART LLP transferred $93,132.00 to Downey Brand, LLP on 06/01/2017. Funds were proceeds of a sale of Central Valley Mini Storage, LLC by First Capital Real Estate Operating Partnership, LP.**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **640 Bercut Drive**<br>**Ste. A**<br>**Sacramento, CA 95811** | |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Capitol Station 65, LLC**         Case number *(if known)*   **17-23627-B-11**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Armour Steel Company, LLC c/o CMD Services, Inc. 1800 Vernon Street, Unit 2 Roseville, CA 95678** | **Steve Goodwin and Tom Goodwin** | **Landscape equipment; hand tools; gas powered equipment** | ☐ No ■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    **Capitol Station 65, LLC**          Case number *(if known)*  **17-23627-B-11**

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Windy Meyers First Capital 60 Broad Street, 24th Floor New York, NY 10004** | **2016-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor **Capitol Station 65, LLC** Case number *(if known)* **17-23627-B-11**

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Erik Grotte, CFO** **Nehemiah Corporation of America** **640 Bercut Dr., Ste. A** **Sacramento, CA 95811** | **2011-2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Capitol Station 65, LLC** **c/o First Capital** **2355 Gold Meadow Way, Ste. 160** **Gold River, CA 95670-4443** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First Capital Real Estate Trust, Inc.** |
| 26d.2. **COPIA Lending, LLC** |
| 26d.3. **Pinnacle Realty Capital** |
| 26d.4. **MGK Risk and Insurance Services, Inc.** |
| 26d.5. **Tim Eppler, CEO** **The Rightpath Group** |
| 26d.6. **COF Capital Partners** |
| 26d.7. **Distressed Real Estate Acquisition Fund** |
| 26d.8. **BANE Capital** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

| Debtor | **Capitol Station 65, LLC** | Case number *(if known)* **17-23627-B-11** |
|---|---|---|

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Suneet Singal | First Capital 60 Broad Street, 25th Floor New York, NY 10004 | CEO | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ☐ No
  ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Scott Syphax | 640 Bercut Dr., Ste. A Sacramento, CA 95811 | President | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ☐ No
  ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Stephen Goodwin | $25,000.00 for Consulting fees | 03/01/2017 | |
| | Relationship to debtor **Indirect Ownership Interest** | | | |
| 30.2. | Stephen Goodwin Chase Credit Card | $2,500.00 for Expense reimbursement | 03/27/2017 | |
| | Relationship to debtor **Indirect Ownership Interest** | | | |
| 30.3. | Stephen Goodwin Chase Credit Card | $500.00 for Expense reimbursement | 04/17/2017 | |
| | Relationship to debtor **Indirect Ownership Interest** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **Capitol Station 65, LLC**

Case number *(if known)*  **17-23627-B-11**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June  5, 2017**

**/s/ Suneet Singal**                                    **Suneet Singal**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor  **CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ Yes
☐ No

<u>GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS</u>

**<u>Introduction</u>**

Capitol Station 65, LLC, Capitol Station Member, LLC; Capitol Station Holdings, LLC and Township Nine Owners, LLC (each a "<u>Debtor</u>" and collectively, "Debtors") with the assistance of its advisors, have filed their Schedules of Assets and Liabilities (the "<u>Schedules</u>") and Statement of Financial Affairs (the "<u>Statements</u>," and together with the Schedules, the "<u>Schedules and Statements</u>") with the United States Bankruptcy Court for the Eastern District of California (the "<u>Bankruptcy Court</u>"), pursuant to section 521 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>")

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors Schedules of Assets and Liabilities and Statement of Financial Affairs (the "<u>Global Notes</u>") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statements, the Debtors relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.

The Debtors and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised or re-categorized.

The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have each been signed by an authorized representative of the respective Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of each Debtors other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

<u>**Global Notes and Overview of Methodology**</u>

1.    <u>**Reservation of Rights**</u>. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("<u>Claim</u>") description, designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.    <u>**Description of Cases and "as of" Information Date**</u>. On May 30, 2017 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the Petition Date, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of May 30, 2017**.

3.    <u>**Recharacterization**</u>. Notwithstanding the Debtors reasonable efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional

information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

4.  **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

5.  **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers, (c) equity holders holding in excess of 5% of the voting securities of the Debtors; and (d) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

6.  **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that any such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

7.  **Executory Contracts and Unexpired Leases**.  The Debtors executory contracts and unexpired leases have been set forth in Schedule G. The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.

8.  **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F as "nonpriority," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

9.    **Claims Description**. Schedules D, and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtors Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

10.   **Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtors may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

11.   **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

      a.     Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

      b.     Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

12.   **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

13.     **<u>Currency</u>**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14.     **<u>Setoffs</u>**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and its suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors Schedules and Statements.

15.     **<u>Global Notes Control</u>**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.