**5 PAGES**

Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kevin W. Coleman (CSBN 168538)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
        chart@nutihart.com
        kcoleman@nutihart.com

Proposed Attorneys for Capitol Station 65, LLC; Capitol
Station Member, LLC; Capitol Station Holdings, LLC and
Township Nine Owners, LLC, Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CAPITOL STATION 65, LLC,<br>A California Limited Liability Company<br><br>                    Debtor. | Case No.: 17-23627-B-11<br><br>Chapter 11<br><br>**DC No. NH-1** |
| In re:<br><br>CAPITOL STATION MEMBER, LLC<br><br>                    Debtor. | Case No.: 17-23629-B-11<br><br>Chapter 11 |
| In re:<br><br>CAPITOL STATION HOLDINGS, LLC<br><br>                    Debtor. | Case No.: 17-23628-B-11<br><br>Chapter 11 |
| In re:<br><br>TOWNSHIP NINE OWNERS, LLC<br><br>                    Debtor. | Case No.: 17-23630-B-11<br><br>Chapter 11 |
| ☐ Affects CS 65<br>☐ Affects CS Member<br>☐ Affects CS Holdings<br>☐ Affects T9 Owners<br>✖ Affects all DEBTORS | **DECLARATION OF SUNEET SINGAL IN SUPPORT OF DEBTORS' MOTION FOR JOINT ADMINISTRATION**<br><br>Date:       June 27, 2017<br>Time:      2:00 p.m.<br>Place:      501 I Street, 6th Flr., Crtrm. 32<br>               Sacramento, CA 95814<br>Judge:    The Hon. Christopher Jaime |

I, Suneet Singal, hereby declare and state as follows:

1.     I am the Chief Executive Officer of Capitol Station 65, LLC ("CS 65"); Capitol Station Member, LLC ("CS Member"), Capitol Station Holdings, LLC ("CS Holdings"), and Township Nine Owners, LLC ("T9 Owner") (each a "Debtor" and collectively, "Debtors").

2.     I am also the Chairman and Chief Executive Officer of First Capital Real Estate Trust, Inc. ("FCRE") which acts as the general partner of First Capital Real Estate Operating Partnership, L.P. ("FCRE OP").  FCRE OP owns 92% of the membership interest of debtor T9 Owner.  T9 Developers, LLC ("T9 Developers") owns the other 8% of debtor T9 Owner.

3.     Under the terms of its Operating Agreement, T9 Owner is managed by the Board of Managers made up by two (2) Manager Group Representatives.  The FCRE Manager Group represents FRCE OP; I am the designated representative of the FCRE Manager Group.  The Developer Member represents T9 Developers; Stephen Goodwin is the designated representative of the Developer Member Group.

4.     I submit this declaration in support of the Debtors' Motion for Joint Administration ("Motion").  I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

5.     The Debtors filed voluntary Chapter 11 bankruptcy petitions on May 30, 2017 (the "Petition Date") in the United States Bankruptcy Court for the Eastern District of California, Sacramento Division ("Bankruptcy Court"), Case Nos. 2017-23627, 2017-23628, 2017-23629 and 2017-23630.  The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors filed for relief to prevent their lender from foreclosing on the Township Nine project (described below), which foreclosure had been scheduled for Tuesday, May 31, 2017.

6.     CS 65 was formed originally in 2000.  The original members were NCRF Holdings ("NCRF") and Invision Holdings, Inc ("Invision").  Stephen M. Goodwin was the president.  In 2000, CS 65 purchased the properties which comprise the Debtors' main assets, commonly referred to as the Township Nine project.  The Township Nine project comprises a mixed-use, transit-oriented development that will include high density rental and for sale

housing, retail, office, mixed-use, parks and open space, along with supporting infrastructure, on approximately 63 acres on the north side of downtown Sacramento. The plan proposes 2,212 residential units (including townhouses, apartments, condominiums and affordable units) incorporated throughout the project area. The Township Nine plan also includes up to 840,000 square feet of office space and 150,000 square feet of retail space, as well as 27 acres of parks and open space. Important focal points for the project are its light rail station on the Green Line at the front of the project, and its extensive frontage along the American River on the north side of the project.

7.      On or about December 23, 2008, CS 65 entered into a loan with ISIS Lending LLC ("ISIS"[1]) in the approximate amount of $20 million (the "Original Note" or "Loan"). CS 65 used the loan proceeds to refinance an existing loan secured by the Township Nine property. At, or prior to the closing of the loan, Scott Syphax ("Syphax") became an owner and third member of CS 65. The Loan is secured by the Township Nine project.

8.      The Loan was further secured by the guarantee of Nehemiah Corporation of America ("Original Guarantor"). Nfinit Solutions, Inc., Invision, and Syphax, pledged their respective membership interests in CS 65 ("Original Pledge Agreement") to ISIS. The Original Note had a 24-month term.

9.      On August 1, 2011, the parties entered the First Amendment to Loan Agreement ("First Amendment"), which extended the maturity date of the Loan to February 31, 2013 (This date is obviously a typographical error in the First Amendment). Also, pursuant to the First Amendment, CS 65 became the 100% wholly owned subsidiary of CS Member. CS Member, in turn, became the 100% wholly owned subsidiary of CS Holdings. NCRF, Invision and Syphax contributed all interests in CS 65, and became the owners of CS Holdings, along with Nehemiah Community Reinvestment Fund ("Nehemiah Reinvestment") and Nehemiah Corporation of America ("Nehemiah Corp."). In connection with the First Amendment, the membership interests of CS Member and CS Holdings were also pledged to ISIS.

---

[1] ISIS subsequently changed its name to COPIA Lending, LLC

10.     On June 20, 2012, the parties executed the Second Amendment to Loan Agreement (the "Second Amendment"). The Second Amendment extended the interest payments in exchange for, among other things, a $500,000 fee. On December 26, 2014, the parties executed the Third Amendment to Loan Agreement and Other Loan Documents ("Third Amendment"). Therein, ISIS again extended the maturity date of the loan to December 31, 2015 for additional fees and monetary concessions.

11.     On or about February 5, 2016, FCRE acquired 92% of CS Holdings.  T9 Developers also acquired its 8% membership interest at the same time. Thereafter, FCRE and T9 Developers contributed their membership interests to form T9 Owner. T9 Owner is thus the ultimate owner of CS 65 as follows:



12.     Debtors T9 Owners, CS Holdings and CS Member are holding companies with no operations and no bank accounts. CS 65 is the only debtor with a bank account and any operations, which almost exclusively consist of maintaining the landscaping, infrastructure, and improvements of the Township Nine project. All the Debtors have historically maintained consolidated financial records. I am actively pursuing negotiations on behalf of the Debtors with several parties interested in developing and investing in the continued development of the Township Nine project.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 9th day of June, 2017 at Salt Lake City, Utah.


*/s/ Suneet Singal*
Suneet Singal